IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIK AGUILAR LOPEZ,

        Plaintiff,                    No. 2:08-cv-2314-JFM (PC)

    vs.

C. W. FINN, et al.,

        Defendants.            <u>ORDER TO SHOW CAUSE</u>

        Plaintiff is a former state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On October 14, 2008. Plaintiff, the only party who has appeared in the action, filed a signed consent to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c). By order filed January 23, 2009, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. The thirty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

/////

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that within twenty days from the date of this order plaintiff shall show cause in writing, if any he has, why this action should not be dismissed without prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

DATED: March 4, 2009.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

12
lope2314.oscfta