1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ERIK AGUILAR LOPEZ,

11          Plaintiff,                    No. 2:08-cv-2314-JFM (PC)

12      vs.

13   C. W. FINN, et al.,

14          Defendants.                   ORDER TO SHOW CAUSE

15   _____/

16          Plaintiff is a former state prisoner proceeding pro se with a civil rights action

17   pursuant to 42 U.S.C. § 1983.  On October 14, 2008, plaintiff, the only party who has appeared in

18   the action, filed a signed consent to proceed before a United States Magistrate Judge pursuant to

19   28 U.S.C. § 636(c).  By order filed January 23, 2009, plaintiff's complaint was dismissed and

20   thirty days leave to file an amended complaint was granted.  Plaintiff did not timely file an

21   amended complaint and on March 4, 2009 he was ordered to show cause in writing why this

22   action should not be dismissed with prejudice.

23          On March 6, 2009, plaintiff filed an amended compliant, and on March 23, 2009

24   he filed a response to the March 4, 2009 order to show cause.  By order filed April 24, 2009, the

25   order to show cause was discharged and the amended complaint was dismissed with leave to file

26   a second amended complaint within thirty days.  That thirty day period has now expired and

1

1    plaintiff has not filed a second amended complaint or responded in any way to the April 24, 2009

2    order.

3              Accordingly,  IT IS HEREBY ORDERED that within twenty days from the date

4    of this order plaintiff shall show cause in writing, if any he has, why this action should not be

5    dismissed without prejudice. <u>See</u> Local Rule 11-110; Fed. R. Civ. P. 41(b).

6    DATED: June 16, 2009.

7

8                              UNITED STATES MAGISTRATE JUDGE

9

10   12

11   lope2314.oscfta2

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26