IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIK AGUILAR LOPEZ,

    Plaintiff,                   No. 2:08-cv-2314 JFM (PC)

    vs.

C.W. FINN, et al.,

    Defendants.           ORDER

_____/

        On October 14, 2008, plaintiff consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). By order filed June 17, 2009, plaintiff was ordered to show cause, within twenty days, why his action should not be dismissed. The twenty day period has now expired, and plaintiff has not shown cause or otherwise responded to the court's order.

        IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

DATED: July 14, 2009.

                                         *[signature]*
                                UNITED STATES MAGISTRATE JUDGE

/001; lope2314.dsm